In re Phillips Petroleum Co.; Phillips 66 Company; CSX Transportation Co.; General American Trans. Corp.; New Orleans Terminal Co.; Alabama Great Southern RR Co.; Mitsui & Company (USA) Inc.; AMF-BRD; GATX Corp.; GATX Leasing Corp.; GATX Terminals Corp.; Novacor Chemicals Inc.; Polysar Ltd.;- — Defendant(s); applying for supervisory and/or remedial writs; Parish of Orleans, Civil District Court, Div. “B”, No. 87-16374; to the Court of Appeal, Fourth Circuit, No. 97CW-1381.
Denied.
KNOLL, J., not on panel.